

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Isabel C. Balboa, Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002-2977**<br>**(856) 663-5002** | **Order Filed on April 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**Anthony Mc Neil,**<br><br>Debtor(s). | Case No.   **17-12717   ABA**<br><br>Judge:   **Andrew B. Altenburg, Jr.** |

# CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:       **Anthony Mc Neil**
Case No.    **17-12717**   (**ABA**)

### CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

---

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number **17-12717** (**ABA**) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for Chapter 13 bankruptcy protection for a period of one hundred and eighty (180) days from the date of dismissal of Debtor's case.


*/s/   Thomas G. Egner, Esquire*              *04/19/2017*
Thomas G. Egner, Esquire                              Date
Debtor(s)' Attorney


*/s/   Isabel C. Balboa*                              *04/20/2017*
Isabel C. Balboa                                          Date
Chapter 13 Standing Trustee