UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**_OFFICE OF THE CHAPTER 13 STANDING_**
**_TRUSTEE_**
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002-2977**
**(856) 663-5002**

Order Filed on April 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Anthony Mc Neil,**

Debtor(s).

Case No.   **17-12717   ABA**

Judge:   **Andrew B. Altenburg, Jr.**

# CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**.

**DATED: April 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:          **Anthony Mc Neil**
Case No.         **17-12717   (ABA)**

### CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

_____

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number **17-12717 (ABA)** is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for Chapter 13 bankruptcy protection for a period of one hundred and eighty (180) days from the date of dismissal of Debtor's case.


*/s/  Thomas G. Egner, Esquire*                    *04/19/2017*
Thomas G. Egner, Esquire                               Date
Debtor(s)' Attorney


*/s/  Isabel C. Balboa*                                 *04/20/2017*
Isabel C. Balboa                                           Date
Chapter 13 Standing Trustee

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-12717-ABA
Anthony McNeil                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 20, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
db             +Anthony McNeil,    1101 Gibbsboro Rd., Apt. 112,    Lindenwold, NJ 08021-1241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    CENLAR FSB bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
           James.Feighan@phila.gov
          Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Steven R. Neuner    on behalf of Creditor Martin D Diaz sneuneresq@comcast.net,
           ETomlinson@nv-njlaw.com
          Thomas G. Egner    on behalf of Debtor Anthony  McNeil tegner@mpadlaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 8