UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PAMELA ELCHERT THURMOND
Deputy City Solicitor
City of Philadelphia
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (fax)
Email: Pamela.Thurmond@phila.gov

In Re:

ANTHONY MCNEIL

**Order Filed on August 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-12717 (ABA)

Hearing Date: 8/29/2017

Judge: Altenburg

## CONSENT ORDER REGARDING CITY OF PHILADELPHIA'S PROOFS OF CLAIM

The relief set forth on the following pages, numbered two (2) through 3 is hereby **ORDERED**.

**DATED: August 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: Anthony McNeil
Case No.: 17-12717-ABA
Caption of Order: Consent Order Regarding City of Philadelphia's Proofs of Claim

It is hereby STIPULATED and agreed by and between Pamela Elchert Thurmond, attorney for the City of Philadelphia ("the City"), a creditor in the above-captioned bankruptcy case and Thomas G. Egner, attorney for the Debtor the following:

1) The City filed a Proof of Claim on March 21, 2017 in the amount of Twenty-Eight Thousand and Fourteen Dollars and Thirty Cents ($28,014.30) for unpaid real estate taxes, judgments, business taxes, and use & occupancy taxes ("the Claim").  This includes a $14,446.14 secured claim and a $3,863.69 priority claim.

2) The Debtor having filed a Plan on February 13, 2017, which does not provide for the payment of the City's priority tax claim. ("the Plan").

3) On April 6, 2017, the City having filed an Objection to the Plan on the basis that the Plan fails to provide for the payment of the City's priority tax claim.

4) On July 26, 2017, the Debtor having filed an Objection to Portion of Proof of Claim 4-1 and Claim 6-1 disputing the secured real estate taxes and water debt for the property located at 2425 N. Douglas Street ("Douglas St. Property").

5) The Debtor having executed a Declaration on Non-Ownership related to the Douglas St. Property and the City having agreed to remove the charges from the Douglas St. Property.

6) The Debtor has agreed to pay the City's priority tax claim in the amount of $3,863.69.

7) The City has obtained a judgment against the Debtor in the amount of $10,087.  The City has agreed to reduce this judgment to $1,087.

8) Within (15) fifteen days of the approval of this Consent Order by the Court, the City will amend Claim 4-1 to remove the real estate taxes for the Douglas St. Property and reduce its judgment claim and withdraw Claim 6-1, which only relates to the Douglas St. Property.

9) Within (15) fifteen days of the City's amendments above, the Debtor will amend its plan to provide for the City's priority claim and amended secured claim with 9% post-petition interest on the City's secured judgment claim.

We hereby Consent to the form and entry of the foregoing Order.

| | | | |
|---|---|---|---|
| By: | /s/ Pamela Elchert Thurmond<br>PAMELA ELCHERT THURMOND, Esq.<br>Deputy City Solicitor<br>Attorney for the City of Philadelphia<br>City of Philadelphia Law Department<br>1401 JFK Blvd., 5th Floor<br>Philadelphia, PA  19102-1595 | By: | /s/ Thomas G. Egner<br>Thomas G. Egner, Esq.<br>Attorney for Anthony McNeil<br>McDowell Posternock Apell<br>& Detrick, PC<br>46 W. Main Street<br>Maple Shade, NJ 08052 |