UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PAMELA ELCHERT THURMOND
Deputy City Solicitor
City of Philadelphia
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (fax)
Email: Pamela.Thurmond@phila.gov

**Order Filed on August 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY MCNEIL

Case No.: 17-12717 (ABA)

Hearing Date: 8/29/2017

Judge: Altenburg

# CONSENT ORDER REGARDING CITY OF PHILADELPHIA'S PROOFS OF CLAIM

The relief set forth on the following pages, numbered two (2) through 3 is hereby **ORDERED**.

**DATED: August 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: Anthony McNeil
Case No.: 17-12717-ABA
Caption of Order: Consent Order Regarding City of Philadelphia's Proofs of Claim

It is hereby STIPULATED and agreed by and between Pamela Elchert Thurmond, attorney for the City of Philadelphia ("the City"), a creditor in the above-captioned bankruptcy case and Thomas G. Egner, attorney for the Debtor the following:

1) The City filed a Proof of Claim on March 21, 2017 in the amount of Twenty-Eight Thousand and Fourteen Dollars and Thirty Cents ($28,014.30) for unpaid real estate taxes, judgments, business taxes, and use & occupancy taxes ("the Claim").  This includes a $14,446.14 secured claim and a $3,863.69 priority claim.

2) The Debtor having filed a Plan on February 13, 2017, which does not provide for the payment of the City's priority tax claim. ("the Plan").

3) On April 6, 2017, the City having filed an Objection to the Plan on the basis that the Plan fails to provide for the payment of the City's priority tax claim.

4) On July 26, 2017, the Debtor having filed an Objection to Portion of Proof of Claim 4-1 and Claim 6-1 disputing the secured real estate taxes and water debt for the property located at 2425 N. Douglas Street ("Douglas St. Property").

5) The Debtor having executed a Declaration on Non-Ownership related to the Douglas St. Property and the City having agreed to remove the charges from the Douglas St. Property.

6) The Debtor has agreed to pay the City's priority tax claim in the amount of $3,863.69.

7) The City has obtained a judgment against the Debtor in the amount of $10,087.  The City has agreed to reduce this judgment to $1,087.

8) Within (15) fifteen days of the approval of this Consent Order by the Court, the City will amend Claim 4-1 to remove the real estate taxes for the Douglas St. Property and reduce its judgment claim and withdraw Claim 6-1, which only relates to the Douglas St. Property.

9) Within (15) fifteen days of the City's amendments above, the Debtor will amend its plan to provide for the City's priority claim and amended secured claim with 9% post-petition interest on the City's secured judgment claim.

We hereby Consent to the form and entry of the foregoing Order.

By:   /s/ Pamela Elchert Thurmond
     PAMELA ELCHERT THURMOND, Esq.
     Deputy City Solicitor
     Attorney for the City of Philadelphia
     City of Philadelphia Law Department
     1401 JFK Blvd., 5th Floor
     Philadelphia, PA  19102-1595

By:   /s/ Thomas G. Egner
     Thomas G. Egner, Esq.
     Attorney for Anthony McNeil
     McDowell Posternock Apell
     & Detrick, PC
     46 W. Main Street
     Maple Shade, NJ 08052

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12717-ABA
Anthony McNeil                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 28, 2017
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db             +Anthony McNeil,    1101 Gibbsboro Rd., Apt. 112,    Lindenwold, NJ 08021-1241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    CENLAR FSB bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               James.Feighan@phila.gov
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Steven R. Neuner    on behalf of Creditor Martin D Diaz sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Thomas G. Egner    on behalf of Debtor Anthony  McNeil tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8