# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

*Jane L. McDonald, Counsel*　　　　　　　　　　　　　　　　　　　　　　　*Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*　　　　　　　　　　　　　　　　　*Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*　　　　　　　　　　　　　　　　　　　*Jenai M. Cerquoni\**

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

September 28, 2017

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:　　Chapter 13 Bankruptcy
　　　　Debtor(s) Name:　　　Anthony Mc Neil
　　　　Case No:　　　　　　　17-12717   ABA
　　　　Hearing Date:　　　　　N/A

Dear Judge Altenburg:

　　Please accept this letter as a response to Debtor(s)' Motion/Application filed on September 27, 2017.

　　The Trustee wishes to correct Mr. Egner's Certification in Support of his supplemental fee. Mr. Egner's Certification states that he has applied for $4,000.00 in this case and has been paid $500.00. This case has not been confirmed, therefore, the Trustee has not disbursed any funds to Mr. Egner. Also, the Attorney Disclosure Statement filed on February 13, 2017 states Mr. Egner agreed to accept $3,500.00; prior to the filing of this statement he received $0.00, and the balance due to be paid through the plan is $3,500.00

　　As always, the Court is welcome to contact the Trustee with any questions.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*OFFICE OF THE CHAPTER 13*
　　　　　　　　　　　　　　　　*STANDING TRUSTEE*

　　　　　　　　　　　　　　　　*/s/ Isabel C. Balboa*

　　　　　　　　　　　　　　　　**ISABEL C. BALBOA**
　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee

ICB:lka

　c:　　Thomas G. Egner, Esquire  (Debtor(s)' Attorney)   (via Electronic Case Filing / ECF)
　　　　Anthony Mc Neil   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center　　　　　　　　　　　　　　　　　　　　　　　　　　　　Payments Only:
535 Route 38
Suite 580　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1978
Cherry Hill, NJ 08002　　　　　　　　　　　　　　　　　　　　　　　　　Memphis, TN 38101-1978
(856) 663-5002