Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Anthony McNeil**

Case No..: **17-12717**

Judge: **ABA**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original    ☑ Modified/Notice Required    Date: **9-26-2017**
☑ Motions Included    ☐ Modified/No Notice Required

**THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.**

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **TGE**    Initial Debtor: **A M**    Initial Co-Debtor _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay **$441.77** **Monthly** to the Chapter 13 Trustee, starting on **October 1st, 2017** for approximately **53** remaining months. (**$1,974.67 paid to date**).

b. The debtor shall make plan payments to the Trustee from the following sources:

☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection        X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **McDowell Posternock Apell & Detrick, PC** | **Attorney Fees** | **$3,500.00** |
| **McDowell Posternock Apell & Detrick, PC** | **Attorney Fees - Supplemental** | **$800.00** |
| **Department of Treasury - IRS** | **Priority Taxes** | **$8,106.94** |
| **City of Philadelphia POC#4 & Consent Order dated 8-28-2017** | **Priority Taxes** | **$3,863.69** |
| **City of Philadelphia POC#4 & Consent Order dated 8-28-2017** | **Priority Taxes - BIR Tax** | **$1,087.00** |
|  |  |  |
|  |  |  |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
  ☑ None
  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

2

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Department of Treasury - IRS** | **Personal Property - Schedule B** | $11,175.00 | $4,775.00 | 0 | $775.00 | 0% | $4,775.00 |
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Department of Treasury - IRS | 1512 Green St. #3 Philadelphia PA 19130 | $134,000.00 | unknown |
| Ocwen Loan Servicing | 1512 Green St. #3 Philadelphia PA 19130 | $134,000.00 | unknown |
| City of Philadelphia | 1512 Green St. #3 Philadelphia PA 19130 | $134,000.00 | unknown |
| Matin Diaz | 1512 Green St. #3 Philadelphia PA 19130 | $134,000.00 | unknown |
| Cenlar | 9 Cedar Grove Dr., Sicklerville, NJ 08081 | $204,185.00 | |
| Wells Fargo Dealer Services | 2002 Lexus ES 350 - 200,000 miles | $6,400.00 | unknown |

### f. Secured Claims Unaffected by the Plan ☑ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| |

### g. Secured Claims to be Paid in Full Through the Plan ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Philadelphia Parking Authority - POC#2 | Fine | Pay in full - months 37 through 60 | $716.94 |
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **Depatment of Treasury - IRS** | **Personal Property - Schedule B** | **$4,775.00** | **$4,775** | **$4,775.00** | **unknown** |
| | | | | | |
| | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**

5

☑ Upon Confirmation
☐ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| Part 9: Modification | ■ NONE |
|---|---|

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **9-26-2017**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **To surrender the 2002 Lexus ES 350 and to clarify who is getting paid.** | **To surrender the 2002 Lexus ES 350 and to clarify who is getting paid.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

**Part 10 : Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    **September 26, 2017**    /s/ **Thomas G. Egner, Esq.**
                                  **Thomas G. Egner, Esq.**
                                  Attorney for the Debtor
Date:    **September 26, 2017**   /s/ **Anthony McNeil**
                                  **Anthony McNeil**
                                  Debtor

Date: _____    _____
                                  Joint Debtor

**Signatures**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

Date  **September 26, 2017**               **/s/ Thomas G. Egner, Esq.**
                                           **Thomas G. Egner, Esq.**
                                           Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:  **September 26, 2017**              **/s/ Anthony McNeil**
                                           **Anthony McNeil**
                                           Debtor
Date:
                                           Joint Debtor

```
United States Bankruptcy Court
      District of New Jersey

In re:                                                          Case No. 17-12717-ABA
Anthony McNeil                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 27, 2017
                              Form ID: pdf901          Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db            +Anthony McNeil,    1101 Gibbsboro Rd., Apt. 112,    Lindenwold, NJ 08021-1241
cr            +Martin D Diaz,    c/o Henri Marcial,    Marcial and Hayes,    101 Lindenwood Dr., Suite 225,
                Malvern, PA 19355-1762
516642210      ACS/UHEAA,    C/o Acs,    Utica, NY 13501
516642211     +AES/NCT,    Po Box 61047,    Harrisburg, PA 17106-1047
516642212     +Asset Maximization Group. Inc,    26-12 Borrough Pl,    Suite 6B,    Woodside, NY 11377-7835
516642213    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,     15000 Capital One Dr.,    Richmond, VA 23238)
516728372     +CENLAR FSB,    KML Law Group, PC,    216 Haddon Ave, Suite 406,    Westmont, NJ 08108-2812
516642214     +CENLAR/Central Loan Admin & Reporting,    425 Philips Blvd,    Ewing, NJ 08618-1430
516879397     +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516642215     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516642217      Comenity Bank/Victoria's Secret,    Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
517012197     +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
516781025      ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
516642220     +Kennedy Health System,    c/o Rodman L. Cook, Esq.,    Thomas & Cook,    57 Cooper St #2,
                Woodbury, NJ 08096-4650
516642221     +Kivitz McKeever Lee, PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
516642231      Martin D. Diaz,    Steven R. Neuner, Esq.,    Neuner and Ventura, LLP,
                Willow Ridge Executive Park,    750 Route 73 South - Suite 210,    Marlton, NJ 08053-4133
516642222     +Martin Diaz,    c/o Marcial & Associates, LLC.,    1515 Market St.,    Suite 1200,
                Philadelphia, PA 19102-1932
516642223     +McCabe, Weisberg & Conway, PC,    216 Haddon Ave.,    Suite 201,    Collingswood, NJ 08108-2818
516642225     +National Collegiate,    Po Box 61047,    Harrisburg, PA 17106-1047
516774858     +Phila. Water Revenue Bureau,    Pamela Elchert Thurmond,    1401 JFK Blvd., 5th Floor,
                Philadelphia, PA 19102-1606
516642229     +Professional Account Management,    633 W. Wisconsin Ave.,    Milwaukee, WI 53203-1920
516642230     +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08695-0245
516722172      Wells Fargo Bank, N.A.,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                Irvine, CA 92623-9657
516642233     +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
516642235     +Xerox State & Local Solutions,    PO Box 41818,    Philadelphia, PA 19101-1818
516642236     +Xerox State and Local SO,    PO Box 41819,    Philadelphia, PA 19101-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2017 22:53:24      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2017 22:53:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: bankruptcy@phila.gov Sep 27 2017 22:53:54      City of Philadelphia,
                c/o Pamela Elchert Thurmond, Esq.,    1401 John F. Kennedy Blvd., Room 580,
                Municipal Services Building,    Philadelphia, PA  19102
516642209     +E-mail/Text: bknotices@conduent.com Sep 27 2017 22:54:25      ACS - Bank of America,
                Acs/Education Services,    Po Box 7051,    Utica, NY 13504-7051
516642216      E-mail/Text: bankruptcy@phila.gov Sep 27 2017 22:53:53      City of Philadelphia Law Department,
                1515 Arch St.,    15th Floor,    Philadelphia, PA 19102
516678090     +E-mail/Text: bankruptcy@phila.gov Sep 27 2017 22:53:53
                CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
516752754     +E-mail/Text: james.feighan@phila.gov Sep 27 2017 22:54:16
                City of Philadelphia Law Revenue Bureau,    1401 JFK Blvd., 5th Floor,
                Philadelphia, PA 19102-1617
516679721     +E-mail/Text: bankruptcy@phila.gov Sep 27 2017 22:53:53
                City of/School District of Philadelphia,    Pamela Elchert Thurmond,    1401 JFK Blvd, 5th Floor,
                Philadelphia, PA 19102-1617
516642218     +E-mail/Text: bankruptcynotices@dcicollect.com Sep 27 2017 22:53:59      Diversified Consultant,
                10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
516642219     +E-mail/Text: cio.bncmail@irs.gov Sep 27 2017 22:52:58      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516642224     +E-mail/Text: mmrgbk@miramedrg.com Sep 27 2017 22:53:26      Miramed Revenue Group,
                991 Oak Creek Dr.,    Lombard, IL 60148-6408
516642226     +Fax: 407-737-5634 Sep 27 2017 23:53:15      Ocwen Loan Servicing, Llc,
                Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
516642227     +E-mail/Text: bankruptcies@orangelake.com Sep 27 2017 22:52:37      Orange Lake Country Club,
                Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8201
516642228      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2017 23:00:55
                Portfolio Recovery Associates,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502
516676339      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2017 22:55:37
                Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
516877722     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2017 22:55:02      PYOD LLC,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
```

```
District/off: 0312-1               User: admin              Page 2 of 2                   Date Rcvd: Sep 27, 2017
                                   Form ID: pdf901          Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516670327      +E-mail/Text: equiles@philapark.org Sep 27 2017 22:54:15      Philadelphia Parking Authority,
                701 Market Street, Suite 5400,   Philadelphia, PA 19106-2895
516642232       E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2017 22:55:12      Synchrony Bank /JCPenney,
                PO Box 960090,   Orlando, FL 32896-0090
516872378      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2017 22:55:20      Verizon,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516642234       E-mail/Text: chegyi@winslowtownship.com Sep 27 2017 22:53:22      Winslow Township,  Tax Office,
                125 South Route 73,   Braddock, NJ 08037-9422
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517012212*     +Deutsche Bank National Trust Company,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    CENLAR FSB bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    CENLAR FSB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               James.Feighan@phila.gov
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Steven R. Neuner    on behalf of Creditor Martin D Diaz sneuneresq@comcast.net,
               ETomlinson@nv-njlaw.com
              Thomas G. Egner    on behalf of Debtor Anthony   McNeil tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```