| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Anthony McNeil <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–8770 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:** <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   2/13/17 |
| Case number: | 17–12717–ABA | Date case converted to chapter: | 7   6/13/19 |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony McNeil | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1101 Gibbsboro Rd., Apt. 112 <br> Lindenwold, NJ 08021 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas G. Egner <br> McDowell Law, PC <br> 46 West Main Street <br> Maple Shade, NJ 08052 | Contact phone 856–482–5544 |
| 5. | **Bankruptcy trustee** <br> Name and address | Andrew Sklar <br> 1200 Laurel Oak Road <br> Suite 102 <br> Voorhees, NJ 08043 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br><u>www.njb.uscourts.gov</u>. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 6/14/19 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 29, 2019 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/27/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12717-ABA
Anthony McNeil                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2                    Date Rcvd: Jun 14, 2019
                               Form ID: 309A            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.

```
db             +Anthony McNeil,    1101 Gibbsboro Rd., Apt. 112,    Lindenwold, NJ 08021-1241
516642209      +ACS - Bank of America,    Acs/Education Services,    Po Box 7051,    Utica, NY 13504-7051
516642210       ACS/UHEAA,    C/o Acs,    Utica, NY 13501
516642211      +AES/NCT,    Po Box 61047,    Harrisburg, PA 17106-1047
516642212      +Asset Maximization Group. Inc,    26-12 Borrough Pl,    Suite 6B,    Woodside, NY 11377-7835
516728372      +CENLAR FSB,    KML Law Group, PC,    216 Haddon Ave, Suite 406,    Westmont, NJ 08108-2812
516642214      +CENLAR/Central Loan Admin & Reporting,    425 Philips Blvd,    Ewing, NJ 08618-1430
516879397      +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517012197      +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
516642220      +Kennedy Health System,    c/o Rodman L. Cook, Esq.,    Thomas & Cook,    57 Cooper St #2,
                 Woodbury, NJ 08096-4650
516642221      +Kivitz McKeever Lee, PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
516642231       Martin D. Diaz,    Steven R. Neuner, Esq.,    Neuner and Ventura, LLP,
                 Willow Ridge Executive Park,    750 Route 73 South - Suite 210,    Marlton, NJ 08053-4133
516642222      +Martin Diaz,    c/o Marcial & Associates, LLC.,    1515 Market St.,    Suite 1200,
                 Philadelphia, PA 19102-1932
516642223      +McCabe, Weisberg & Conway, PC,    216 Haddon Ave.,    Suite 201,    Collingswood, NJ 08108-2818
516642225      +National Collegiate,    Po Box 61047,    Harrisburg, PA 17106-1047
516774858      +Phila. Water Revenue Bureau,    Pamela Elchert Thurmond,    1401 JFK Blvd., 5th Floor,
                 Philadelphia, PA 19102-1606
516642229      +Professional Account Management,    633 W. Wisconsin Ave.,    Milwaukee, WI 53203-1920
516642230      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
516642235      +Xerox State & Local Solutions,    PO Box 41818,    Philadelphia, PA 19101-1818
516642236      +Xerox State and Local SO,    PO Box 41819,    Philadelphia, PA 19101-1819
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: tegner@mcdowelllegal.com Jun 15 2019 00:07:43      Thomas G. Egner,
                 McDowell Law, PC,    46 West Main Street,    Maple Shade, NJ  08052
tr             +EDI: BASKLAR.COM Jun 15 2019 03:49:00      Andrew Sklar,    1200 Laurel Oak Road,    Suite 102,
                 Voorhees, NJ 08043-4317
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2019 00:09:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2019 00:09:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516642213       EDI: CAPITALONE.COM Jun 15 2019 03:48:00      Capital One Bank,    15000 Capital One Dr.,
                 Richmond, VA 23238
516642216       E-mail/Text: megan.harper@phila.gov Jun 15 2019 00:10:09
                 City of Philadelphia Law Department,    1515 Arch St.,    15th Floor,    Philadelphia, PA 19102
516678090      +E-mail/Text: megan.harper@phila.gov Jun 15 2019 00:10:08
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
516642215      +EDI: CHASE.COM Jun 15 2019 03:48:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516752754      +E-mail/Text: megan.harper@phila.gov Jun 15 2019 00:10:09
                 City of Philadelphia Law Revenue Bureau,    1401 JFK Blvd., 5th Floor,
                 Philadelphia, PA 19102-1617
516679721      +E-mail/Text: megan.harper@phila.gov Jun 15 2019 00:10:09
                 City of/School District of Philadelphia,    Pamela Elchert Thurmond,    1401 JFK Blvd, 5th Floor,
                 Philadelphia, PA 19102-1617
516642217       EDI: WFNNB.COM Jun 15 2019 03:48:00      Comenity Bank/Victoria's Secret,    Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
516642218      +EDI: DCI.COM Jun 15 2019 03:48:00      Diversified Consultant,    10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-0596
516781025       EDI: ECMC.COM Jun 15 2019 03:48:00      ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
516642219      +EDI: IRS.COM Jun 15 2019 03:48:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516642224      +E-mail/Text: mmrgbk@miramedrg.com Jun 15 2019 00:09:38      Miramed Revenue Group,
                 991 Oak Creek Dr.,    Lombard, IL 60148-6408
516642226      +Fax: 407-737-5634 Jun 15 2019 00:38:12      Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
516642227      +E-mail/Text: bankruptcies@orangelake.com Jun 15 2019 00:08:31      Orange Lake Country Club,
                 Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8201
516642228       EDI: PRA.COM Jun 15 2019 03:48:00      Portfolio Recovery Associates,    120 Corporate Blvd.,
                 Suite 100,    Norfolk, VA 23502
516676339       EDI: PRA.COM Jun 15 2019 03:48:00      Portfolio Recovery Associates, LLC,
                 c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
516877722      +EDI: RESURGENT.COM Jun 15 2019 03:48:00      PYOD LLC,    c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
516670327      +E-mail/Text: bankruptcy@philapark.org Jun 15 2019 00:10:29      Philadelphia Parking Authority,
                 701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
516642232       EDI: RMSC.COM Jun 15 2019 03:48:00      Synchrony Bank /JCPenney,    PO Box 960090,
                 Orlando, FL 32896-0090
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: 309A            Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516872378      +EDI: AIS.COM Jun 15 2019 03:48:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516722172       EDI: WFFC.COM Jun 15 2019 03:48:00     Wells Fargo Bank, N.A.,
                 d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
516642233      +EDI: WFFC.COM Jun 15 2019 03:48:00     Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
516642234       E-mail/Text: chegyi@winslowtownship.com Jun 15 2019 00:09:35      Winslow Township,   Tax Office,
                 125 South Route 73,    Braddock, NJ 08037-9422
                                                                                               TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517012212*     +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0
```